UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 67.182.111.128,<br><br>          Defendant. | Case No.: 2:25-cv-02141-JAM-CKD<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT |

THIS CAUSE came before the Court upon Plaintiff's application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have up to and including December 28, 2025 to effectuate service of a summons and Complaint on Defendant.

**DONE AND ORDERED**.

Dated:  October 29, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, stri2141.25

1

[~~Proposed~~] Order on Plaintiff's Application for Extension of Time Within
Which to Effectuate Service on John Doe Defendant
Case No. 2:25-cv-02141-JAM-CKD